AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

PETRIE CONSTRUCTION LLC ET.AL
*Defendant(s)*

Civil Action No. 24-CV-61911-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
5366 LOGISTICS LEOPARDO COMPANIES, MPA SDVOSB JV, LLC
4501 ROUTE 12
RICHMOND, IL 60071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10-15-2024

Angela E. Noble
Clerk of Court

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

Civil Action No. 24-CV-61911-AHS

PETRIE CONSTRUCTION LLC ET. AL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PETRIE CONSTRUCTION LLC
1511 S PHILADELPHIA ROAD
SUITE A
ABERDEEN, MD, 21001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10-15-2024

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

PETRIE CONSTRUCTION LLC ET. AL
*Defendant(s)*

Civil Action No. 24-CV-61911-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AMERICAN ARBITRATION ASSOCIATION
2200 CENTURY PARKWAY
SUITE 300
ATLANTA, GA 30345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Date: 10-15-2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

PETRIE CONSTRUCTION LLC ET. AL
*Defendant(s)*

Civil Action No. 24-CV-61911-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MS. JUDITH ITTIG Esq
ITTIG & ITTIG PC
1420 9th ST NW
WASHINGTON, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10-15-2024

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

PETRIE COSTRUCTION LLC ET. AL
*Defendant(s)*

Civil Action No. 24-CV-61911-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LEOPARDO CONSTRUCTION
120 S RIVERSIDE PLAZA, SUITE 2150
CHICAGO, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: 10-15-2024

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

KANNAN NAGARAJAN
*Plaintiff(s)*

v.

Civil Action No. 24-CV-61911-AHS

PETRIE CONSTRUCTION LLC ET.AL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DEPARTMENT OF VETERAN AFFAIRS
1601 BRENNER AVENUE
SALISBURY, NC 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KANNAN NAGARAJAN
2228 QUAIL ROOST DR
WESTON, FL 33327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: 10-15-2024

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts